# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EBONY BELLAMY,** individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>**GC SERVICES LIMITED PARTNERSHIP,**<br><br>Defendant. | Case No. 2:16-cv-03671-WB<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative Class claims,. Each party shall bear their own costs and attorneys' fees.

Dated this 20th day of October, 2016.

_____
The Honorable WENDY BEETLESTONE